[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

**FILED**

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 30, 2005
THOMAS K. KAHN
CLERK**

No. 05-12510
Non-Argument Calendar

_____

D.C. Docket No. 02-00037-CR-CG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES ALEXANDER PRYOR,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Alabama

_____

**(November 30, 2005)**

Before ANDERSON, BIRCH and HULL, Circuit Judges

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for James Alexander Pryor in

this direct criminal appeal, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pryor's conviction and sentence are **AFFIRMED**.